IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| VALERIE THOMAS | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | Civil Action 21-cv-01948 |
| v. | ) | |
| | ) | |
| LVNV FUNDING LLC and RESURGENT CAPITAL SERVICES, LP. | ) ) ) ) ) | Hon. Elaine E. Bucklo |
| DEFENDANT. | ) | Jury Demanded |

**Sixth Status Report**

    A. Settlement Discussions:

        (1) A settlement conference has been scheduled for February 22, 2023.

        (2) Plaintiff proposes that if the parties are not able to resolve this matter at the settlement conference, the Court set this matter for trial on damages, and are both available the last week of June and the first two weeks of July for trial.

        (3) The Parties anticipate that the trial will last between one and two full days.

Dated: January 17, 2023

/s/ Seth McCormick
Seth McCormick
Great Lakes Consumer Law Firm, LLC
73 W. Monroe St., Suite 100
Chicago, IL 60603
P: (312) 971-6787
E: seth@glclf.com

Celetha Chatman
Michael Wood
*Community Lawyers, LLC.*

*/s/ Alyssa Johnson*
Nabil G. Foster
Alyssa Johnson
Manuel Newburger
Barron & Newburger PC
53 W. Jackson Blvd. Suite 1205
Chicago, IL 60604
Email: nfoster@bn-lawyers.com
Ph: 312-767-5750

*Counsel for Defendants*

980 N. Michigan Ave., Suite 1400
Chicago, IL 60611
Ph: (312)757-1880
Fx: (312)476-1362
cchatman@communitylawyersgroup.com
mwood@communitylawyersgroup.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

    I Seth McCormick, an attorney, hereby certify that on January 17, 2023, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to all attorneys of record.

                                              /s/Seth McCormick
                                              Seth McCormick