December 12, 2023

To whom it may concern:

  My name is Valerie Thomas and I request that Celetha Chatman and Seth McCormick represent me in my trial for case number 21-cv-01948.

Sincerely,

*Valerie Thomas*

Valerie Thomas
8427 S. Wood Street
Chicago, IL 60620

# Signature Certificate

Reference number: 6EZCH-7YMD2-3LRYU-TIYJ2

| Signer | Timestamp | Signature |
|---|---|---|
| **Valerie Thomas**<br>Email: mst1031@yahoo.com | | |
| Sent:<br>Viewed:<br>Signed: | 12 Dec 2023 16:21:18 UTC<br>12 Dec 2023 16:24:20 UTC<br>12 Dec 2023 16:24:35 UTC | *Valerie Thomas* |
| **Recipient Verification:** | | |
| ✓ Email verified | 12 Dec 2023 16:24:20 UTC | IP address: 172.58.166.18<br>Location: Chicago, United States |

Document completed by all parties on:
12 Dec 2023 16:24:35 UTC

Page 1 of 1



**Signed with PandaDoc**

PandaDoc is a document workflow and certified eSignature solution trusted by 50,000+ companies worldwide.

