# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Valerie Thomas

                        Plaintiff,

v.                                                                   Case No.: 1:21–cv–01948

                                                                               Honorable Jeffrey I Cummings

LVNV Funding LLC, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 13, 2023:

      MINUTE entry before the Honorable Jeffrey I Cummings: Jury trial held on 12/13/23. Jury instructions given and jury deliberations concluded. Jury trial ends. The jury returned a verdict in favor of plaintiff Valerie Thomas and awarded $250 in statutory damages. Post trial motions, if any, to be filed by 1/11/24. With respect to attorney's fees, the parties shall proceed in accordance with Local Rule 54.3. Plaintiff's motion for attorney's fees shall be filed by 1/24/24. Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.