# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Valerie Thomas

                        Plaintiff,

v.                                            Case No.: 1:21–cv–01948
                                                       Honorable Jeffrey I Cummings

LVNV Funding LLC, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 16, 2025:

      MINUTE entry before the Honorable Jeffrey I Cummings: The Court has reviewed the Seventh Circuit's opinion on appeal [129], which reversed the District Court's judgment order. In accordance with the Seventh Circuit's opinion, this case is dismissed for a lack of a justiciable controversy. Accordingly, plaintiff's motion for attorney's fees [101] is terminated as moot. Any objection to defendant's bill of costs must be filed by 4/23/25. Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.