# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Valerie Thomas,

Plaintiff(s),

v.

LVNV Funding LLC and Resurgent Capital Services, L.P.,

Defendant(s).

Case No. 21cv1948
Judge Jeffrey I. Cummings

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s) and against defendant(s) in the amount of $     ,

which ☐ includes $ pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☒ in favor of defendant(s) LVNV Funding LLC and Resurgent Capital Services, L.P. and against plaintiff(s) Valerie Thomas.

Defendants shall recover costs from plaintiff in the amount $1,853.00.

☐ other:

This action was (check one):

☐ tried by a jury with Judge     presiding, and the jury has rendered a verdict.
☐ tried by Judge     without a jury and the above decision was reached.
☒ decided by Judge Cummings on a remand from the United States Court of Appeals for the Seventh Circuit.

Date: 5/8/2025

Thomas G. Bruton, Clerk of Court

C. Chambers , Deputy Clerk